**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **IN RE YASMIN AND YAZ** **(DROSPIRENONE) MARKETING, SALES** **PRACTICES AND PRODUCTS LIABILITY** **LITIGATION** ) ) ) ) ) | **3:09-md-02100-DRH-CJP** **MDL No. 2100** |

**This Document Relates to:**

**ALL CASES**

### ORDER #4

#### FILING PROCEDURES ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. To reduce the number of unnecessary notifications circulated to counsel in individual cases and to reduce the burden on the ECF filing system, the Court **ORDERS** the following:

1. All complaints, amendments thereto, service documents (service of process), and answers shall be filed in relevant member action only and not in the Master Case file.

2. Case-specific motions, responses, replies and documents in support thereof shall be filed in both the Master Case file and in the relevant member action. All other filings shall be filed in the Master Case file only. The spread text feature in CM/ECF will no longer be available for use by counsel.

3. Pursuant to FRCP 5(d), all discovery, including discovery requests and

responses, notices of depositions, etc., shall not be filed in either the Master Case file or the relevant member action.

4.  The Clerk shall remove all individual counsel from the Master Case docket, except Liaison and Lead Counsel for the Plaintiffs and Defendants.  The Clerk is further instructed to add Lead and Liaison Counsel to all individual cases.  For filings in the Master Case docket that relates to all cases, Lead and Liaison Counsel will be responsible for service upon all other attorneys and parties.  Liaison Counsel shall be responsible for serving copies of previous Orders to new counsel for their respective party.

**IT IS SO ORDERED.**

Signed this 12th day of November, 2009.

/s/    *David B Herndon*

**Chief Judge**
**United States District Court**