UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-CJP<br><br>MDL No. 2100 |

**This Document Relates to:**

**ALL CASES**

### ORDER #6

### ORDER ADDING TO PLAINTIFFS' STEERING COMMITTEE

**HERNDON, Chief Judge:**

The Court **APPOINTS** the following to Plaintiffs' Steering Committee:

Timothy O'Brien

Christopher Seeger

Paul Pennock

**IT IS SO ORDERED.**

Signed this 12th day of November, 2009.

/s/   David R Herndon
**Chief Judge
United States District Court**