UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                    )
IN RE YASMIN AND YAZ                )    3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING, SALES     )
PRACTICES AND PRODUCTS LIABILITY    )    MDL No. 2100
LITIGATION                          )
_____ )

**This Document Relates to:**

**ALL CASES**

### ORDER # 8

### ORDER APPOINTING STATE-FEDERAL LIAISON COUNSEL

**HERNDON, Chief Judge:**

      This Court **APPOINTS** the following State-Federal Liaison Counsel:

      **Diane Nast** as State-Federal Liaison Counsel to the consolidated Pennsylvania Litigation pending in Philadelphia County.

      **Steven Skikos** as State-Federal Liaison Counsel to the consolidated California Litigation.

      The appointment of State-Federal Liaison Counsel is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including attorneys of the appointee's law firm, to perform the State-Federal Liaison Counsel's functions, except with prior Court approval. It is expected that State-Federal Liaison Counsel will keep this Court informed of

activities in their respective state court litigation to facilitate efficiency and cooperation with this litigation.

In the event that other state court venues are conducted as coordinated litigation, the Court may appoint additional State-Federal Liaison Counsel as it deems appropriate.

**IT IS SO ORDERED.**

Signed this 10th day of February, 2010.   /s/  David R Herndon

**Chief Judge
United States District Court**