UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X
IN RE YASMIN AND YAZ : 3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING, SALES :
PRACTICES AND RELEVANT PRODUCTS : MDL No. 2100
LIABILITY LITIGATION :
 :
 : Hon. David R. Herndon
------------------------------------------------------------- :
This Document Applies To All Actions :
------------------------------------------------------------- X


# CASE MANAGEMENT ORDER NO. 15
# VACATING ORDER NO. 14

This matter comes before the Court on case management.  On March 8, 2010, the Court entered Order Number Fourteen, an order establishing common benefit fee and expense funds.  (MDL 2100 Doc. 856).  The Court concludes that it would beneficial to allow the principals to engage in additional negotiations and submit a revised order to the Court.  Accordingly, the Court vacates Order Number Fourteen.  The principals are directed to negotiate and submit a revised order establishing common benefit fee and expense funds.

**SO ORDERED:**

/s/    David R Herndon

DATE:  March 11, 2010

Chief Judge
United States District Court